# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CITY OF WALKER; CITY OF DENHAM
SPRINGS; THE WILLIAMSON EYE
CENTER(APMC); TIMOTHY JOHN
KINCHEN; AND SHANNON FARRIS
KINCHEN

NO.   2019 CW 0942

VERSUS

STATE OF LOUISIANA THROUGH THE
DEPARTMENT OF TRANSPORTATION
AND DEVELOPMENT, GILCHRIST
CONSTRUCTION COMPANY,
INCORPORATED, BOH BROTHERS
CONSTRUCTION COMPANY, L.L.C.,
JAMES CONSTRUCTION GROUP,
L.L.C., MODJESKI & MASTERS,
INCORPORATED; GULF ENGINEERS
AND CONSULTANTS, INCORPORATED,
BARRIERE CONSTRUCTION COMPANY,
L.L.C., G.E.C., INCORPORATED,
SJB GROUP, L.L.C., AND EUSTIS
ENGINEERING, L.L.C., FORMALLY
KNOWN AS EUSTIS ENGINEERING
SERVICES, L.L.C.

**DEC 0 6 2019**

---

In Re:    James  Construction  Group,  LLC,  applying  for
          supervisory  writs,  19th  Judicial  District  Court,
          Parish of East Baton Rouge, No. 654278.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**VGW**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT